## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICK WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | No.    15-2221 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| LOUIS SHICKER, M.D. and WEXFORD CORP., | ) | |
| | ) | |
| Defendants. | ) | |

### **COMPLAINT**

### JURISDICTIONAL STATEMENT

Plaintiffs are all inmates or former inmates of the Illinois Department of Corrections. Plaintiffs' civil rights were violated in contravention of 42 U.S.C. §1983 because the Defendants were deliberately indifferent to Plaintiffs' medical condition in that inmates did not receive needed medical treatment for Hepatitis C. As further set forth in this Complaint, Plaintiffs have exhausted all administrative remedies.

This action arises under the Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Jurisdiction is invoked pursuant to 28 U.S.C.§§ 1331 and 1343(a). This Court has jurisdiction over the Plaintiff's request for declaratory and injunctive relief pursuant to 28 U.S.C.§§ 2201-2202.

### PARTIES

1. The Plaintiffs are or were inmates at various Correctional Centers, prisons maintained by the Illinois Department of Corrections (hereinafter "IDOC") in Illinois who are eligible to file:

-1-

| Inmate # | Client Name | Our File # |
|---|---|---|
| S02762 | Rick Williams | 18503 |
| C81347 | Otis Dorsey | 18504 |
| B08687 | Jessie Harris | 18505 |
| S03715 | Christopher J. Cox | 18506 |
| S12755 | Jeffrey C. Johnson | 18507 |
| S12268 | Michael Bayles | 18508 |
| N51494 | William Nally | 18509 |
| B86753 | Robert Gibson | 18510 |
| B86369 | Mark A. Carroll | 18511 |
| N70653 | Steve Pouloupoulos | 18512 |
| N44181 | John Wiemann | 18513 |
| R68765 | Robert S. Johansen | 18514 |
| N91571 | David Lundy | 18515 |
| S01333 | Douglas Peterson | 18518 |
| N92985 | Javier Gonzalez | 18519 |
| B63689 | Eric Ortiz | 18528 |
| K91107 | Bobby Crippin | 18529 |
| N33526 | Mark Warren | 18537 |
| B73453 | Daniel Shoudy | 18538 |
| S12785 | Michael P. Jackson | 18540 |
| K02182 | Robert D. Brown | 18545 |
| A50955 | Thermon Walker | 18546 |
| K84148 | Roger L. Rose | 18547 |
| N43497 | Stacy Dillard | 18548 |
| A60513 | Henry Johnson | 18549 |
| A71724 | Aaron Stewart | 18554 |
| B09450 | Thomas W. Bagley | 18555 |
| K63698 | Jeremy Arbuckle | 18556 |
| B73427 | Dominic J. Tufo | 18559 |
| R83354 | Melissa Guerrero | 18560 |
| N31326 | Charles Green | 18562 |
| B29527 | Raymond A. Norton | 18565 |
| S12752 | Richard A. Shull | 18566 |
| N38177 | Emanuel Hayes | 18570 |
| B81356 | Wesley R. Carter | 18580 |
| B08119 | Glenn H. Long | 18581 |
| S13682 | Brian Guinn | 18586 |
| N24017 | Vito Ramirez | 18590 |
| B43897 | Harold Melton | 18591 |

| | | |
|---|---|---|
| R23739 | Steven J. Byrd | 18596 |
| M31853 | Jason Woitel | 18600 |
| A60797 | Roy McNeil | 18601 |
| N91458 | Lawrence P. Green | 18602 |
| A98155 | Robert E. Blair | 18603 |
| A98233 | Mark C. Dyer | 18604 |
| A92824 | James Reed | 18611 |
| N01514 | Carlos Moore | 18612 |
| A93755 | Charles Sultan | 18613 |
| K72635 | Scott Lay | 18614 |
| K02052 | Kenneth S. Jackson | 18615 |
| B88177 | Benjamin Felter | 18616 |
| M22905 | Alex Gamino | 18618 |
| B82781 | John A. Martineau | 18619 |
| A72677 | Thomas L. Holloway | 18620 |
| N20864 | Michael Wilkins | 18621 |
| A15561 | Michael Lynch | 18623 |
| C73746 | William R. Hill | 18624 |
| N02742 | Theodore Psichalinos | 18626 |
| A72531 | Hector Nieves | 18627 |
| N23690 | John Waldron | 18628 |
| M23998 | Mark Clark | 18629 |
| A92945 | Solomon Johnson | 18634 |
| R63104 | Michael Jackson | 18636 |
| N02078 | Orest Hedio | 18637 |
| N92969 | Chester Price | 18641 |
| K80269 | Jackie D. Curl, Jr. | 18642 |
| N60046 | Aron Williams | 18650 |
| K72369 | Matthew LaFlamme | 18651 |
| A83344 | Michael J. Plasko | 18652 |
| N92685 | Gregory Wiemold | 18653 |
| R52775 | John W. Duginski | 18654 |
| B09780 | Burnett Bey | 18655 |
| R31614 | Jimmy Ward | 18656 |
| R51629 | Earl Johnson | 18657 |
| A70226 | Tommie Davis | 18661 |
| K84592 | Dennis Edward Kincaid | 18662 |
| A08214 | Leland Harland | 18665 |
| N32175 | Thomas Sallis | 18666 |
| R48088 | Michael Sarmiento | 18667 |
| S04038 | William Lane | 18682 |

| | | |
|---|---|---|
| S13795 | Darren Sanborn | 18683 |
| B06889 | James Roberts | 18684 |
| B23228 | John R. Moore | 18696 |
| R11922 | Timothy R. Babbitt | 18697 |
| A86099 | Nathaniel Harper | 18703 |
| B40067 | Kerry Burke | 18707 |
| A06137 | Malcolm Jennings | 18708 |
| R63184 | Sean White | 18709 |
| S11169 | Raymond Spinner | 18710 |
| M31373 | David W. Archer | 18711 |
| B81180 | Daniel S. Spann | 18712 |
| N46126 | Ricky Webster | 18713 |
| C82356 | Joseph A. Beto | 18719 |
| K56733 | Jason Hadamik | 18720 |
| A67931 | Bruce Lloyd | 18721 |
| A02074 | James Gray | 18722 |
| A68864 | Michael Carson | 18723 |
| B66656 | Eric Hentges | 18724 |
| A71871 | Willie Randolph | 18725 |
| N95712 | Marvin Thomas | 18726 |
| K61998 | Robert Gill | 18727 |
| A88379 | Richard Moore | 18728 |
| K61987 | Willie Hicks-Bey | 18732 |
| B13162 | Kevin Burton | 18737 |
| B39970 | Tommie Harris | 18739 |
| K98210 | Michael Foutch | 18743 |
| B17089 | Timothy M. Nielsen | 18744 |
| R05895 | Joseph T. Horton | 18745 |
| A10279 | David Hundley | 18747 |
| A71437 | Russell Mims | 18749 |
| N64295 | Martin Canonico | 18775 |
| A60402 | Paul Dunnigan | 18793 |
| B80957 | Joseph Tilson | 18799 |
| R70863 | Andrew Klyuyev | 18802 |
| K53090 | James Duncan | 18803 |
| B41541 | Creg Wright | 18805 |
| B08657 | Darryl LeGrone | 18806 |
| B28100 | James Miller | 18809 |
| M09824 | Christopher James | 18813 |
| R13150 | James Carpenter | 18815 |
| A73324 | Darryl Williams | 18816 |

| | | |
|---|---|---|
| N44087 | Michael Yarn | 18817 |
| A83613 | Juan Castillo | 18818 |
| B18003 | Jerry Mabry | 18820 |
| S12908 | Tyler Sanders | 18821 |
| B87892 | William Bratu | 18825 |
| K90982 | Steven R. Marshall | 18826 |
| K03783 | Niky Maness | 18828 |
| R43089 | Johann Strauss | 18829 |
| S12857 | James Miller | 18830 |
| S07576 | James C. Abbott | 18832 |
| N13863 | John S. Aprile | 18833 |
| B86927 | Daniel J. Bible | 18836 |
| M33010 | Travis Gorz | 18837 |
| B12125 | Stephen Couch | 18841 |
| B31632 | Derrick Hunt | 18846 |
| K65372 | Derrick Searcy | 18847 |
| M09729 | Ryan Gamboa | 18852 |
| K99076 | Charlie Hubbert | 18853 |
| N77928 | Myron D. McShan | 18854 |
| N72813 | Nathaniel Candler | 18855 |
| K95165 | Ted E. Teater | 18864 |
| A60203 | Michael Johnson | 18868 |
| M34736 | Anthony B. Gibson | 18870 |
| N24380 | William Groves | 18879 |
| B53565 | Javier Rodriguez | 18891 |
| B29345 | Steven Lynn Reid | 18892 |
| N87860 | Daniel Ballowe | 18893 |
| A80252 | Charles M. Johnston | 18894 |
| N84617 | Duane D. Parker | 18895 |
| K59713 | Joseph Pryor | 18896 |
| N93606 | Danny Randall | 18897 |
| A90145 | Jeffrey J. Bartik | 18898 |
| S01886 | Loren M. Letz | 18899 |
| B29710 | Ronald Ziegler | 18900 |
| R27565 | Richard Martinez | 18904 |
| M35875 | Leonard Foss | 18905 |
| N22604 | James Hubbard | 18906 |
| K02342 | Harvey Lohmeyer | 18911 |
| N26270 | Byron Lewis | 18912 |
| B84411 | Adam Jennings | 18913 |
| B83735 | Dallas Carlisle | 18914 |

| | | |
|---|---|---|
| N14003 | Mark Grashen | 18916 |
| R25698 | Jesse Calatayud | 18917 |
| B80313 | Michael Johnson | 18918 |
| R32547 | Edward Kersting | 18919 |
| N01605 | Charlie Rollins | 18920 |
| B03278 | Scott Smado | 18921 |
| N90899 | Edward Taylor | 18922 |
| M14105 | Jerry Don Jenkins | 18927 |
| S14474 | Jimmie L. White | 18928 |
| M09563 | Kenneth Drajin | 18929 |
| A93171 | Thomas W. Fiala | 18930 |
| A62585 | Benzanta VanZant | 18932 |
| M29114 | Hector Flores- Baunsta | 18933 |
| R11279 | Aaron Hamrick | 18936 |
| B84031 | John Cameron | 18940 |
| A66320 | Lee Price, Sr. | 18942 |
| M08502 | Jeffrey Davis | 18943 |
| K78636 | Charles Cooper | 18955 |
| S05883 | Kenneth Foreman | 18957 |
| N62346 | Darwin Henley | 18959 |
| N38256 | Jeffrey D. Brown | 18961 |
| R71912 | Traian Lungu | 18962 |
| A15544 | Willie Johnson | 18963 |
| A56131 | Hoyt Ray | 18964 |
| A73059 | Ernest Page | 18967 |
| S00335 | John C. Taylor | 18968 |
| N72136 | Stevie Junious | 18988 |
| R49872 | Pierre Smith | 18989 |
| R29520 | Ronald Moore | 18990 |
| K65840 | Eric Henderson | 18991 |
| R14800 | Eugene Dent | 18992 |
| R19509 | Jose Davila | 18993 |
| N58012 | Leon Fenderson | 18994 |
| N60728 | Juan Nesbit | 18995 |
| B67133 | Jeffrey Suggs | 18996 |
| A97828 | Mikey Daniels | 18999 |
| N52336 | Javier Montanez | 19000 |
| N60766 | Ronnie Moore | 19001 |
| N13662 | Manuel Ortiz | 19002 |
| N50120 | Jerry Coleman | 19004 |
| R43014 | James H. Smith | 19005 |
| R11104 | Derrick Sams | 19012 |

| | | |
|---|---|---|
| S11964 | Walter A. Brown | 19013 |
| N47741 | James Rowland | 19014 |
| N21372 | Raymone Calloway | 19016 |
| N34277 | David Pinc | 19017 |
| N83115 | Anthony W. Kendall | 19018 |
| K67563 | Tommy Thomas | 19019 |
| K92219 | Jeremy Schneedle | 19020 |
| S03641 | Jason S. Hillmer | 19021 |
| B28544 | James Russell | 19024 |
| R57389 | Lawrence Henderson | 19025 |
| M30846 | Kyle Mathis | 19027 |
| N47634 | Hubert D. Hill | 19028 |
| R46565 | Steven W. Lambert | 19029 |
| M24527 | Vincent Balosky | 19033 |
| M20424 | Hector Santiago | 19034 |
| N70630 | Terry Bain | 19037 |
| M19147 | John Pappas | 19040 |
| N36023 | Fred E. Presley, Jr. | 19041 |
| N67964 | Jesse O. Hedden | 19042 |
| R33993 | Lorenzo White | 19044 |
| M25307 | Justin Greenenwald | 19045 |
| N80992 | John Martin | 19046 |
| S13569 | Russell Tobias | 19047 |
| K60666 | Martin A. Larson | 19052 |
| B25116 | Corey Andrews | 19053 |
| M07292 | Michael Dorman | 19063 |
| M38913 | Nathan Dorner | 19064 |
| S03364 | Dustin M. Wyatt | 19065 |
| M26416 | Robert T. Jones | 19071 |
| B02532 | Jose T. Morales | 19072 |
| B86745 | Richard Pearman | 19073 |
| N32243 | Thomas Johnson | 19074 |
| B24141 | Scott Mann | 19076 |
| B87062 | Patrick Gannon | 19079 |
| N50920 | Darrell Thurston | 19088 |
| B68900 | Thomas Six | 19091 |
| A82711 | Jose Perez | 19095 |
| N91871 | Rupert W. Liner | 19101 |
| K96488 | Todd W. Tonelle | 19102 |
| N67598 | Marion A. Whitelow | 19103 |
| K77350 | Jesus Alvarado | 19104 |

| | | |
|---|---|---|
| A50386 | Alvin Smith | 19105 |
| S08246 | Darren R. Richie | 19108 |
| K62511 | Norman Wells | 19109 |
| S00043 | Richard W. Mellenthin | 19110 |
| N42477 | Darren M. Atkins | 19111 |
| S14650 | Richard B. Tresner | 19112 |
| B18930 | David Rainey | 19115 |
| N97853 | Robert Reynolds | 19116 |
| S13049 | Freddie L. Payne, Jr. | 19117 |
| N12998 | Carlos Vega | 19118 |
| M38615 | Patrick McGinn | 19119 |
| K92812 | Jose Rivera | 19120 |
| K56758 | Edward Willingham | 19121 |
| N32343 | Frank Reeger, Jr. | 19122 |
| A82162 | Dennis Edwards | 19123 |
| N31380 | Darryl B. Allen | 19124 |
| N62031 | James Morris | 19125 |
| R33751 | Francisco Nunez | 19130 |
| B38439 | Kenneth J. Calvin | 19131 |
| N63932 | Sylvester Baggett | 19136 |
| 19137 | Gideon M. Miceli | 19137 |
| S11485 | Jared Cato | 19140 |
| B74630 | Tim Walters | 19141 |
| A71978 | Charles Rucker | 19142 |
| B29839 | Christopher Baker | 19143 |
| M11357 | Andre Crawford | 19144 |
| N83288 | Jaime Melendez | 19145 |
| M08232 | Johnny Colon | 19146 |
| N01871 | Vincent Sims | 19147 |
| A69051 | Lynn Fathauer | 19148 |
| A70646 | Michael Sims | 19152 |
| B25254 | Randy Sparling | 19153 |
| M25068 | Frank Lane | 19157 |
| A90706 | Carl Tucker | 19158 |
| N13929 | Gaines Webster | 19161 |
| M39720 | Phillip Menefee | 19166 |
| S06623 | Ryan Dawson | 19170 |
| A10719 | Johnny Wilson | 19171 |
| B89023 | Cody Fulkerson | 19174 |
| N42390 | Anthony Dacanay | 19175 |
| N07658 | David Reed | 19176 |

| | | |
|---|---|---|
| K97790 | Michael E. Wood | 19177 |
| S13841 | Scott McReaken | 19178 |
| R60628 | Justin Veach | 19184 |
| S13051 | Joseph P. Barr | 19191 |
| M30847 | Thomas Schroeder | 19196 |
| K90227 | Billy Reed | 19197 |
| R21068 | Dale Westerguard | 19198 |
| B60992 | Johnnie C. Mills | 19199 |
| M25444 | Richard Esler | 19202 |
| B70908 | Larry Griffin | 19203 |
| N72694 | James Hawkins | 19211 |
| B87713 | Eric Armes | 19231 |
| B81013 | Dustin Allen | 19232 |
| B26195 | Phillip R. Hale | 19233 |
| N21652 | Danny Murphy | 19234 |
| K98875 | Gregory Cook | 19235 |
| B26538 | William Hunter | 19236 |
| R49248 | Toby J. Harper | 19237 |
| R57258 | Brian Dalessandro | 19238 |
| K61295 | Patrick Wierzchon | 19239 |
| S09931 | Aaron Webb | 19240 |
| S06808 | James G. Hillman | 19241 |
| S15223 | Shane Babbs | 19242 |
| B53838 | Michael C. Gladhill | 19243 |
| N43491 | Dino Bevedere | 19244 |
| A63055 | Randy Carpenter | 19245 |
| N17660 | Thomas K. Duffy | 19246 |
| M28385 | William Kalamaris | 19247 |
| B25657 | Kevin Kemp | 19248 |
| R15865 | Kevin Smith | 19249 |
| K59880 | Neal Neblock | 19250 |
| R23905 | Grant Filer | 19251 |
| A73626 | William Giles | 19252 |
| R56565 | Sam Guardino | 19253 |
| A70206 | Vaughn Washington | 19254 |
| M24252 | Jason Tripoli | 19255 |
| S12128 | Jacob Comstock | 19260 |
| M42862 | Eric M. Adams | 19261 |
| S14488 | Austin Woods | 19262 |
| R26390 | Lieukennye Edmonds | 19271 |
| B23550 | Peter C. Beluin | 19272 |

| | | |
|---|---|---|
| B03439 | Michael Smith | 19273 |
| R28100 | Douglas Kepshire | 19274 |
| S14300 | Johnathan E. Hiltibidal | 19275 |
| M42449 | Murray Harwick | 19277 |
| M42189 | Bryan Wilson | 19278 |
| M08486 | John Reddington | 19279 |
| N41575 | William Bascom | 19280 |
| A96092 | Tony Fisher | 19281 |
| A71914 | Eddie Wade | 19282 |
| S14935 | Kyle Huse | 19283 |
| K62557 | Anthony Agans | 19287 |
| M18793 | Jason D. Cahill | 19288 |
| N81220 | Earl E. Clay | 19289 |
| B89097 | Gary Queen | 19290 |
| S09374 | Monte E. Ritchie | 19291 |
| N07833 | Louis L. Treat | 19292 |
| B29663 | Chad Volger | 19293 |
| R52906 | Zachary A. Sanderson | 19294 |
| N83900 | Alex Guzman | 19297 |
| N54454 | Robert Simich | 19298 |
| M39265 | Robert E. Ingersole | 19301 |
| N21655 | Lawrence A. Perry | 19302 |
| M39169 | Steven Claudy | 19305 |
| S03907 | David Cullivan | 19306 |
| K69694 | Noel DeLeon | 19307 |
| N90929 | Jeffrey Miller | 19308 |
| N41979 | Joseph Burba | 19309 |
| K88829 | Daniel Cornwell | 19310 |
| K04315 | Jeremy Harlin | 19311 |
| B57793 | Allen Ensminger | 19314 |
| K88638 | Larry Pruett | 19315 |
| S01287 | Homer Etcheson | 19318 |
| S15285 | Jason Darte | 19319 |
| R70627 | Martin Prado | 19320 |
| S13418 | Ronald Amerman | 19322 |
| B89336 | Anthony M. Chadd | 19331 |
| B34647 | Marshawn Higgins | 19332 |
| B88299 | Timothy J. Martisko | 19338 |
| M30334 | Christopher O. Maes | 19340 |
| M21796 | Ableza McCutchen | 19341 |
| S02343 | Gregory Bryan | 19343 |

| | | |
|---|---|---|
| N61918 | Lynn Mhoon | 19344 |
| R34378 | Justin P. Sessler | 19345 |
| N83843 | Alan S. Wessels | 19348 |
| S01746 | Christopher Rogers | 19356 |
| N28301 | Kent Humphrey | 19357 |
| B26176 | John Lutwinski | 19358 |
| K62236 | Luis Naccaratto | 19359 |
| N32393 | Larry Landis | 19361 |
| B59572 | Tubbie L. Gordon, Jr. | 19366 |
| N47591 | George Harrington | 19367 |
| S06418 | James Mathews | 19368 |
| N42901 | Harry Sturgeon | 19369 |
| B44440 | Clinton Webster | 19370 |
| N42008 | Edwin Tamras | 19374 |
| K03501 | Joseph A. Hollingsead | 19376 |
| N18401 | William Forbes | 19381 |
| A83664 | Victor Sylvester | 19413 |
| K67974 | Juan Medina | 19414 |
| R26533 | Anthony Adamaitis | 19416 |
| K04535 | Timothy L. Binkley | 19417 |
| R23613 | Maurice Bryant | 19418 |
| R40063 | Jeffrey T. Burke | 19419 |
| R24701 | Billy Candelaria | 19420 |
| B89433 | Nathaniel Delaney | 19421 |
| K77358 | David Didier | 19422 |
| N47826 | Joseph P. Hickey | 19423 |
| S08024 | Mark Justice | 19424 |
| B19027 | Willie Molina | 19425 |
| S01763 | Dennis R. Phillips | 19426 |
| K81364 | Daniel Smith | 19427 |
| K60074 | Gary Tillett | 19428 |
| N20833 | Ted Velleff | 19429 |
| A88221 | Robert Walters | 19430 |
| S00346 | Harley T. Miller | 19434 |
| M38502 | Lionel D. Robinson | 19435 |
| S07847 | Jerry L. Jett, II | 19441 |
| B11082 | Gerald R. Johnson | 19442 |
| A78488 | Edward L. Miller | 19443 |
| N47607 | Terry L. Newman | 19444 |
| N34449 | Sidney Portis | 19445 |
| A91518 | Dwight L. Rankins | 19446 |

| | | |
|---|---|---|
| R52926 | James E. Tapscott | 19447 |
| R17142 | George Zambrana | 19448 |
| N04251 | Mark Brown | 19450 |
| N90629 | Pablo Diaz | 19451 |
| R86771 | Aimee Fisher | 19452 |
| S15676 | Gregory Green | 19453 |
| B28075 | Joseph U. Johnson | 19454 |
| S11482 | Joshua E. Licklider | 19455 |
| K98758 | Gregory A. Miner, Sr. | 19456 |
| S00990 | John Sanders | 19457 |
| B15261 | James Wallace | 19458 |
| B72060 | Jerry White | 19459 |
| A83165 | Daryl Bell | 19463 |
| A91487 | Charles Bogan | 19464 |
| A91557 | Joseph Cholico | 19465 |
| B15282 | Dan Daly | 19466 |
| B61309 | Willie Dodd | 19467 |
| B09504 | Christopher Gibbons | 19468 |
| N40834 | Tracey Gwinn | 19469 |
| B17671 | Benjamin E. Holden | 19470 |
| K62337 | Jeremy Humbracht | 19471 |
| M23842 | Shawn Swearingen | 19472 |
| R33527 | Fred Wages | 19473 |
| N00097 | Michael Warner | 19474 |
| N94414 | Duane A. Wiedman | 19475 |
| N70565 | Edward G. Keller | 19478 |
| S06924 | David Phillips | 19479 |
| N00121 | Charles Harris | 19480 |
| R28994 | Edward Merlin | 19488 |
| R25177 | James Howard | 19489 |
| M41843 | Zachary C. Doty | 19490 |
| B84317 | Roy C. Gazey | 19491 |
| K54051 | Gregory Johnson | 19492 |
| A83057 | Tyrone Keyes | 19493 |
| B00131 | Justin Cervantes | 19494 |
| R34352 | Jessup W. Henry | 19495 |
| R31881 | Jason Barriera | 19498 |
| N01278 | Louis W. Bowers | 19499 |
| B27411 | James R. Handy | 19500 |
| B13766 | Daniel Holwell | 19501 |
| B34965 | Jesse V. Thomas | 19502 |

| | | |
|---|---|---|
| S03341 | Nicholas D. Butler | 19503 |
| K59387 | Kevin Hamilton | 19504 |
| M38108 | Derry Sanders | 19505 |
| M29259 | Dorian Curry | 19511 |
| N14299 | Juan Landa | 19512 |
| R62482 | Marcell D. Norris | 19513 |
| M43218 | Adam Robison | 19514 |
| B89403 | James Vuichard | 19515 |
| R16231 | Joel Stilson | 19519 |
| A82405 | Antonio Salgado | 19520 |
| N23405 | Scott A. Kalinsky | 19524 |
| N51310 | Carl Jackson | 19533 |
| B71976 | Clarence Harris | 19539 |
| R88584 | Sarah Dobrinich | 19540 |
| R89310 | Jacklyn Brown | 19541 |
| B06644 | Brian Lopez | 19542 |
| M47632 | Charlie Rodriguez | 19543 |
| M11290 | Jammel Johnson | 19544 |
| M04843 | Jorge Gonzalez | 19545 |
| R14481 | Ryan Ruffin | 19546 |
| S07432 | Jeffrey A. Glover | 19547 |
| B30953 | Michael Reed | 19548 |
| B74610 | Mark A. Hollins | 19549 |
| A62508 | Allen R. Walker | 19550 |
| M10531 | Erik Poseley | 19551 |
| M31206 | James T. Joyner | 19552 |
| K90337 | Jeremy Loraine | 19553 |
| B43676 | Timothy Kane | 19554 |
| B61766 | Andre Galbreath | 19555 |
| R71183 | Craig Lewis | 19556 |
| K81305 | Jomell L. Parsley | 19557 |
| N81808 | Alvin Gray | 19558 |
| R06382 | Maxwell M. Burgess | 19559 |
| A87611 | Jerome Collier | 19561 |
| S01904 | Matthew Shipman | 19566 |
| S09575 | Brandon Simmers | 19567 |
| R15166 | Walter Depner | 19580 |
| A93119 | Steven LeClaire | 19581 |
| K90364 | Michael D. Shoreck | 19590 |
| K95367 | Christopher R. Shelby | 19591 |
| N10988 | John Sternquist | 19599 |

| | | |
|---|---|---|
| K63859 | Scott E. Cody | 19602 |
| M32712 | Chaise R. Brown | 19616 |
| N63904 | Michael Cragin | 19617 |
| S03036 | Joshua Robbins | 19618 |
| M25817 | Joshua Elam | 19619 |
| N24053 | Randy M. Cook | 19620 |
| B83198 | Thomas Bible | 19621 |
| A50082 | Terrence Bogan | 19622 |
| B29423 | Shane Finley | 19623 |
| B45564 | Daniel Murphy | 19624 |
| C81751 | Orville Miller | 19625 |
| N42995 | Tim Rippy | 19626 |
| R05884 | Lenard Lawrence | 19627 |
| R50915 | Jason Winkelbauer | 19628 |
| B35858 | Vernon E. Hogan | 19629 |
| B85753 | Jeffrey D. Parker | 19630 |
| B14931 | Steve Aliprandi | 19631 |
| R88188 | Amanda Tubbs | 19632 |
| B88454 | Lawrence Jouglard | 19633 |
| S15965 | Kevin L. Barnes | 19634 |
| B08224 | Lindle R. Tarlton | 19635 |
| N71635 | Steven Daniels | 19636 |
| B83894 | Kevin Berry | 19637 |
| K02419 | Ricky L. Webb, Jr. | 19638 |
| B19523 | Marvin Rife | 19639 |
| N21488 | Lorenzo Murray | 19640 |
| R45834 | Joseph D. Bryant | 19641 |
| N88189 | Brian E. Cliff | 19648 |
| R73232 | James Corcoran | 19649 |
| M43396 | Joshua Dunehew | 19650 |
| S01864 | Christopher J. Gibbs | 19651 |
| M00351 | Alex Jesus | 19652 |
| B08565 | Ben R. McCreadie | 19653 |
| A58089 | Dennis Strong | 19654 |
| N11954 | Charles A. Watson | 19655 |
| K98535 | Brian Slowick | 19656 |
| B89572 | Robert Pearsall | 19657 |
| N70778 | James Adcock | 19658 |
| N70054 | Michael E. Dodd | 19662 |
| R04519 | Reginald Mosby | 19663 |
| R59667 | Dewayne Perrian | 19664 |

| N00767 | Brian Gillin | 19669 |
| N85077 | Edgar Smith | 19684 |
| N27726 | Jeffrey England | 19687 |
| M46562 | Brian Murphy | 19689 |
| B82415 | Ross M. Ragsdale | 19690 |
| R16015 | Randolph S. Knee | 19691 |
| B35807 | Troy Lee | 19692 |
| K52630 | Artero Hollingsworth | 19693 |
| S06675 | Steven Schultz | 19694 |
| M31726 | Michael Arena | 19720 |
| B86072 | John W. Adams | 19721 |
| R45333 | Matthew Newman | 19722 |
| M39102 | James Joplin | 19723 |
| S14948 | Kevin Young | 19724 |
| B09562 | Milo Simmons | 19725 |
| N97561 | Jeffrey T. Jones | 19726 |
| B88077 | Terry Christoff | 19727 |
| S08290 | Timothy Bayer | 19729 |
| B88355 | James Burke | 19730 |
| B04227 | Ray Collins | 19731 |
| B26934 | Terry Cristel | 19732 |
| N64408 | Karry Dockery | 19733 |
| N91657 | Ray B. Givhan | 19734 |
| B83146 | Sean D. Greenwood | 19735 |
| B10311 | Michael Hurst | 19736 |
| A11128 | Thomas G. Inman | 19737 |
| M46481 | Robert E. Kipiel | 19738 |
| M38427 | Michael Marquez | 19740 |
| B50943 | John Mauna | 19741 |
| N77683 | Richard Oakes | 19742 |
| N07815 | Patrick Scroggins | 19743 |
| B13327 | Steve Seiwert | 19744 |
| N62045 | Joseph Stanton | 19745 |
| M33419 | Kurt Swearingen | 19746 |
| R12865 | Nathaniel Todd | 19747 |
| R24252 | Eric Waterworth | 19748 |
| A51240 | Jessie McGee | 19753 |
| B20670 | Clois Garner | 19754 |
| M13820 | David Hudson | 19755 |
| B74772 | Jimmie Street | 19756 |
| N74467 | Michael R. Sallee | 19757 |

| | | |
|---|---|---|
| B28561 | John Steen | 19758 |
| S11151 | David J. Brown | 19759 |
| M45763 | Nicholas Gallup | 19762 |
| R18445 | Chad Mistic | 19763 |
| A70723 | Cornell Vinegar | 19764 |
| C81714 | Rudy (Rudie) Bell | 19768 |
| A68728 | Daniel S. Boehme, Sr. | 19782 |
| R16393 | Rod Burgess | 19796 |
| B89521 | Russell Hansbrough | 19797 |
| S07971 | Dennis Bailey | 19809 |
| A01317 | Randolph A. Mullen | 19813 |
| R66735 | Travis Pokojski | 19825 |
| N07992 | Toby Phillips | 19859 |
| K97160 | Joshua Mustain | 19865 |
| R64743 | David Mindy | 19866 |
| N12621 | Terry Maxwell | 19867 |
| N58079 | Wesley Patrick | 19868 |
| N24322 | Stephen Dryden | 19869 |
| N94316 | Charles Grasty | 19870 |
| A83622 | Henry Griffin | 19871 |
| N53810 | Jerome Howard | 19872 |
| B30448 | Reuben Johnson | 19873 |
| N30567 | Calvin Lomax | 19874 |
| B37383 | Charles Minard | 19875 |
| K95908 | Jacob Shehorn | 19876 |
| N63634 | Robert Williams | 19877 |
| R32831 | Michael Bruner | 19878 |
| N11275 | Nazim Useni | 19879 |
| N92139 | Kenneth Coleman | 19882 |
| N20524 | Domingo Cruz | 19883 |
| M38120 | William Daddono | 19884 |
| S16003 | Elijah Donaldson | 19885 |
| R02164 | John Gilliam | 19886 |
| K91538 | Kevin Green | 19887 |
| K58500 | Robert Hendricks | 19888 |
| B28267 | Russell Holliday | 19889 |
| N47572 | Wilbert Jones | 19890 |
| B87759 | Charles Kilcauski | 19891 |
| R06979 | John Laheta | 19892 |
| B23744 | Norman Lucas | 19893 |
| S16075 | David McConkey | 19894 |

| | | |
|---|---|---|
| B25342 | Robin Packingham | 19895 |
| A68418 | William Smith | 19896 |
| S09788 | Brandon Wallace | 19897 |
| M05529 | Richard Webb | 19898 |
| M48976 | David A. Webber | 19899 |
| R78355 | Shawna Clark | 19900 |
| N50644 | John T. Brooks | 19906 |
| B82471 | Richard Key | 19907 |
| B84164 | Christopher Maynor | 19908 |
| M16884 | Oscar Montoya | 19909 |
| S12059 | Michael Newingham | 19910 |
| R69689 | D'Andre Williams | 19911 |
| B76751 | Jerome Gonzalez | 19917 |
| K67366 | Kevin Blomberg | 19923 |
| N52299 | Ronald Blackwell | 19931 |
| M24894 | Jacob Hudson | 19937 |
| K81195 | Kenneth Garner | 19942 |
| S07017 | Caleb Atteberry | 19943 |
| R13122 | Harley Brady | 19944 |
| R01153 | Thomas Garland | 19945 |
| B60035 | Robert Hancock | 19946 |
| A70786 | Johnnie Higgins | 19947 |
| N12677 | Peter Logan | 19948 |
| R70268 | Joel Moore | 19949 |
| B89594 | Bruce Reed | 19950 |
| M46340 | Jose Tamez | 19951 |
| N66079 | Robert Corzine | 19952 |
| A62696 | Willie Johnson | 19953 |
| N10015 | Bennie Driskel | 19954 |
| B66232 | Michael Johnson | 19955 |
| N16101 | Gary Wingate | 19956 |
| B84471 | Ronald Grove | 19957 |
| S09855 | Jacob E. Dailey | 19962 |
| N50509 | Edwin Jones | 19963 |
| R15987 | Casey Lamb | 19964 |
| S16243 | David Pender | 19965 |
| B30483 | Arthur Briscolino | 19966 |
| S09912 | Terry Hamburg | 19970 |
| K94477 | Natalie Martin | 19971 |
| R41315 | Justin Ramsey | 19972 |
| K92749 | Robert Stoces | 19973 |

| | | |
|---|---|---|
| B85564 | Gary Stufflebean | 19974 |
| N70316 | Kurt Tomei | 19975 |
| B08240 | Gordon Yarbor | 19976 |
| R60165 | Anton Gates | 19978 |
| N01942 | Edward McSpadden | 19979 |
| A92428 | Jerry Badon | 19981 |
| R59792 | Cody Myers | 19982 |
| N93226 | Bryan Smith | 19984 |
| B16358 | Robert Porter | 19989 |
| M40446 | Daniel Fillbach | 19990 |
| K90865 | Tyrone A. Powyszynski | 19993 |
| A51368 | Gregory Mannery | 19997 |
| A10002 | Billy J. Palmer | 19998 |
| N70154 | Franklin Elmore | 20001 |
| N77500 | Michael W. Cies | 20002 |
| A90911 | Mark Goodson | 20003 |
| M25112 | Benjamin King | 20004 |
| B15320 | Jason Middlekauff | 20005 |
| R46404 | Robert Moberg | 20006 |
| M46626 | Aaron Williams | 20007 |
| S16525 | John Jagosh | 20015 |
| A60441 | Jerrell Walker | 20016 |
| M48852 | Matthew C. Thom | 20018 |
| B85998 | David Edwards | 20034 |
| S13549 | Elgar Sanchez-Figueroa | 20035 |
| S06141 | Wayne Schone | 20036 |
| A68647 | Delbert Shafer, Jr. | 20037 |
| N83944 | Richard Wilson, Jr. | 20038 |
| B10905 | Philip E. Wilkins | 20041 |
| N91218 | Overton Fisher | 20047 |
| B25918 | Vernon L. Fox | 20048 |
| R43116 | Steven Frohlich | 20062 |
| B89232 | Prestin Green | 20063 |
| S16140 | Tim Herring | 20064 |
| R15493 | Robert Mitchaner | 20065 |
| R59223 | Adam Sproul | 20066 |
| B88414 | James Boaz | 20068 |
| B27215 | Joe D. Daily | 20069 |
| B57035 | Willie Franklin | 20070 |
| N52771 | Charlie Jones | 20071 |
| K82188 | Harry O'Neal | 20072 |

| | | |
|---|---|---|
| N12777 | Kevin Reynolds | 20073 |
| B51695 | Edwin Rivera | 20075 |
| M48457 | Bryan Stillwell | 20076 |
| M31157 | John Guenther | 20077 |
| B28193 | Chad Clark | 20083 |
| A93094 | Lamont Gill | 20084 |
| B47684 | Rhonda S. Johnson | 20085 |
| R40429 | James Patterson | 20086 |
| N32354 | Scott Stanek | 20087 |
| N17721 | Ricky L. Sutton | 20088 |
| S14681 | Armondo Valdespino | 20089 |
| M25741 | Chris Stewart | 20090 |
| N12715 | Nels Walker | 20091 |
| K90133 | John Cole | 20094 |
| M09753 | Louis Colella | 20099 |
| B27735 | David R. McNish | 20100 |
| A60600 | Leslie Murdock | 20101 |
| M05348 | Randy Simer | 20102 |
| B01331 | Ronald Dotson | 20143 |
| M48636 | Willie Dunn | 20144 |
| K57078 | Antonio Johnson | 20145 |
| B72980 | Robert Mabbott | 20146 |
| K91729 | Earl D. Purgerson | 20147 |
| R46037 | Michael J. Schram | 20148 |
| K89523 | Truman J. Seago | 20149 |
| B03871 | Arthur Chambers | 20152 |
| B57239 | Kevin Dickens | 20153 |
| B23086 | Michael E. Durbin | 20154 |
| R58446 | Robert Gale | 20155 |
| R58843 | Daniel Garcia | 20156 |
| A15203 | Raymond Kellum | 20157 |
| R56905 | Jeffrey Robbins | 20158 |
| M29855 | Scott Smith | 20159 |
| S15839 | Donald Bowman | 20170 |
| K54920 | Michael Cancel | 20171 |
| B32460 | James DeMattia | 20172 |
| B82769 | Teddy Dunlap | 20173 |
| B41234 | John Evans | 20174 |
| N22899 | Steven Garnett | 20175 |
| B82511 | Todd Gorman | 20176 |
| B81035 | Phillip A. Newman, Jr. | 20177 |

| | | |
|---|---|---|
| N42893 | James Regnier | 20178 |
| B25500 | Jack Ward | 20179 |
| A50013 | Daniel E. Wilson | 20180 |
| R76689 | Sara E. Cushman-Cruz | 20181 |
| R24310 | Sean P. Dale | 20182 |
| N81002 | Willie Dixon | 20183 |
| S16359 | Jeffrey M. Harris | 20184 |
| K97874 | Rafael Soto | 20185 |
| S16177 | Robert Fuller | 20187 |
| M50934 | Brandon Wills | 20188 |

2.  The Plaintiffs have all been diagnosed through blood work as carrying the Hepatitis C virus.

3.  That Dr. Shicker succeeded Dr. Puisis as medical director.  He adopted a policy which no treatment until a person with Hepatitis C has 2 years left on his sentence and has stage III fibrosis. That policy has been amended at times but still excludes prisoners who can be treated within their term either based on length of stay or fibrosis level.

4.  Defendant IDOC is the state agency charged with running the prison system and are joined so as to allow complete injunctive relief.

5.  Wexford currently administers most of the medical care within IDOC.  They are joined so that any injunctive relief which would be granted could be enforced against the actual medical providers.

6.  Plaintiffs have exhausted all administrative remedies available to them.  Further, Defendants have adopted a polity that all grievances in this matter are to be denied without consideration making further administrative efforts futile.

<u>FACTUAL CLAIMS</u>

-20-

7.  Hepatitis C is a potentially fatal disease which if left untreated may cause cirrhosis, or destruction of the liver, may lead to liver cancer and causes other symptoms to those it afflicts, thus it poses a substantial risk of serious harm to Plaintiffs.

8.  Defendants know that Hepatitis C poses a substantial risk of serious harm to the Plaintiffs.

9.  A highly effective chemical treatment program for Hepatitis C is available, which has been shown to reduce the effects of Hepatitis C, and even in some cases destroy it completely. Treatment begun early is more effective than when treatment is delayed.  New drugs have increased "cure" rates to 95%.

10. Before initiating this chemical treatment, however, the usual clinical step is to refer the patient to a specialist to determine a geno-type of the virus, determine viral level, and perform a liver biopsy on a patient to determine whether a patient is a good candidate for chemical treatment.

11.  None of the Plaintiffs have received proper medical care for his or her Hepatitis C.

12.  IDOC, through Defendants, claims to follow the federal guidelines for treatment of Hepatitis C.  They follow the provision for pretrial detainees.  They set artificial barriers to treatment and take whatever steps they can to avoid treating Plaintiffs.

13.  Plaintiffs were told that after a diagnosis for Hepatitis C based on blood work, inmates must wait one year before receiving a liver biopsy and beginning treatment.  This requirement appears nowhere within the federal guidelines IDOC claims to follow.   Further, any inmate diagnosed with Hepatitis C within 2 years of their out date is denied treatment without regard to medical necessity.

14.  Treatment for Hepatitis C is more effective when it is begun early in the course of the

disease. However, if treatment is postponed, adverse effects of the disease and the necessity of a liver transplant become much more likely. Liver transplants are painful, difficult to obtain, and result in a lower recovery rate than the chemical treatment available for the early stages of Hepatitis C infection.

15. Defendants refuse to administer the Hepatitis C chemical treatment to Plaintiffs.

16. By refusing to treat Plaintiffs for Hepatitis C, Defendants are deliberately indifferent to the substantial risk of serious harm faced by the Plaintiffs. Many Plaintiffs have suffered and have died since the suit was filed and similar suits, Plaintiffs will die before this case is over unless the Defendants are ordered to begin treatment.

17. Defendants' refusal to treat Plaintiffs for Hepatitis C is a willful and intentional deprivation meriting a punitive damage award against Defendants.

18. Defendant' refusal to treat Plaintiffs for Hepatitis C is causing and continues to cause irreparable harm to Plaintiffs.

19. Defendants' refusal to treat Plaintiffs for Hepatitis C is causing the Plaintiffs compensable pain and suffering.

WHEREFORE, Plaintiffs pray this court for injunctive relief in the form of an order to administer Hepatitis C treatment, follow federal guidelines in treating Hepatitis C including referral to a specialist and performing liver biopsies as soon as possible. Plaintiffs also pray for a declaration that Defendants are violating the rights of Plaintiffs under the 8th and 14th Amendments to the United States Constitution. Plaintiffs also pray for their attorneys' fees pursuant to 42 U.S.C.§ 1988. Finally, Plaintiffs pray for damages from the Defendants in the sum of One Million Dollars

($1,000,000.00) each for the pain and suffering they have had to endure as a result of Defendants'

constitutional violations and One Million Dollars ($1,000,000.00) each in punitive damages together

with their costs of this action.

RICK WILLIAMS, et al, Plaintiffs

By ____/s/ H. Kent Heller_____
Of Heller, Holmes & Associates, P.C.
Their Attorneys

## **JURY DEMAND**

Plaintiffs hereby demand trial by jury.

RICK WILLIAMS, et al., Plaintiffs

By___/ s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

c:williams 18503 9.16.15 complaint